UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0632

## MEMORANDUM

TO:        Counsel of Record

FROM:     Judge Peter J. Messitte

RE:        <u>Mills, et. al. v. Beneficial Financial Inc., et. al.</u>  
              Civil No. PJM 14-2745

DATE:     June 19, 2015

* * *

The Court notes that there are no motions pending in this case. The deadline to file Motions for Summary Judgment occurred on May 18, 2015. *See* Paper No. 20 (Scheduling Order).

Accordingly, the Court directs the parties to file a joint report within 20 days regarding the status of this case.

Despite the informal nature of this Ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

                                                       /s/  
                                      PETER J. MESSITTE  
                                   UNITED STATES DISTRICT JUDGE

cc:        Court File

1